UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILSON CLARK, III | CIVIL ACTION |
| VERSUS | NUMBER: 18-7665 |
| MARRERO ESTELLE FIRE DEPARTMENT, *et al.* | SECTION: "M"(5) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 26), and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that Plaintiff's claims against Defendant, Kevin Coleman, are dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 19th day of February, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE