UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILSON CLARK, III | CIVIL ACTION |
| VERSUS | NUMBER: 18-7665 |
| MARRERO ESTELLE FIRE DEPARTMENT, *et al.* | SECTION: "M"(5) |

# **O R D E R**

On January 8, 2019, defendant Jefferson Parish filed a motion to dismiss for failure to state a claim, or alternatively, a motion for a more definite statement, which was set for submission on April 11, 2019.[1] On May 10, 2019, defendant Mike Yenni, Jefferson Parish President ("Yenni"), filed a motion to dismiss for failure to state a claim, or alternatively, a motion for a more definite statement, which was set for submission on June 6, 2019.[2]

Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date. The Court notes that plaintiff Wilson Clark, III ("Clark") is proceeding *pro se*. Although the Court construes *pro se* filing liberally, *pro se* parties are still required to "abide by the rules that govern the federal courts." *E.E.O.C. v. Simbaki, Ltd.*, 767 F.3d 475, 484 (5th Cir. 2014). Clark has not filed any memoranda in opposition to the aforementioned motions to dismiss, which memoranda were due on April 3, 2019, and May 29, 2018, respectively.

Accordingly, because the motions to dismiss are unopposed, and it appearing to the Court that the motions have merit,

---

[1] R. Docs. 21 & 37.
[2] R. Doc. 42.

IT IS ORDERED that the motions to dismiss filed by Jefferson Parish and Yenni are GRANTED as unopposed, and Clark's claims against them are dismissed without prejudice.

New Orleans, Louisiana, this 7th day of June, 2019.

                                      BARRY W. ASHE
                                      UNITED STATES DISTRICT JUDGE